Prob12c (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| Name of Offender: | Leon D. Brown, Jr. |
| Name of Sentencing Judicial Officer: | Honorable Frank J. Polozola |
| Name of Judicial Officer: | Honorable |
| Date of Original Sentence: | November 16, 2006 |
| Original Offense: | Possession of a Firearm by a Convicted Felon |
| Original Sentence: | 115 months custody, 3 years Supervised Release |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Fred Menner |
| Case Number: | 06-73-BAJ-RLB |
| Date Supervision Commenced: | February 9, 2016 |
| Defense Attorney: | J. Rodney Baum |

### PETITIONING THE COURT

[x]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**VIOLATION NUMBER 1:**  Grade C

Mandatory Condition:

"The defendant shall not commit another federal, state, or local crime."

F. Menner
USM and USPO - Certified

Nature of Noncompliance:

On February 11, 2016, the offender verbally threatened to kill his mother. He was arrested by the East Feliciana Parish Sheriff's Office and charged with simple assault and intimidation of a police officer.

U.S. Probation Officer Recommendation:

**The term of supervision should be:**

    [ X ]    Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2016

Respectfully Submitted,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

*Agnes Gobert-Hanel/for*
Lisa I. Carroll
Supervisory U.S. Probation Officer

By: *Webb*
Jessica D. Webb
U.S. Probation Officer
February 12, 2016

**THE COURT ORDERS**

    [ ]    No Action

    [✓]    The Issuance of a Warrant to be filed pending arrest

    [ ]    The Issuance of a Summons

    [ ]    Other – Offender in custody; warrant to be filed as detainer.

Signature of ~~Judicial Officer~~

Date: 2/12/16

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>LEON D. BROWN, JR.<br>*Defendant* | )<br>)  Case No.   06-73-BAJ-RLB<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Leon D. Brown, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
The offender committed new crimes while on supervision. The offender failed to comply with conditions of supervision. In brief, he comitted simple assault and intimidation of a police officer.

Date: 2/12/16

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Richard L. Bourgeois, Jr.  U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Leon D. Brown, Jr.

Known aliases:   N/A

Last known residence:   7807 Vanessa Drive, Ethel, Louisiana 70730 - mother, Jessie Riley

Prior addresses to which defendant/offender may still have ties:   4343 Denham Street, Apt 212, Baton Rouge, Louisiana

Brother's address - Johnes Brown - Currently incarcerated in Clinton, Louisiana

Last known employment:   None

Last known telephone numbers:   None

Place of birth:   Baton Rouge, Louisiana

Date of birth:   06/21/1980

Social Security number:   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

Height:   5'9"                                        Weight:   165

Sex:   M                                              Race:   African American

Hair:   Black                                         Eyes:   Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:   multiple instances of battery, weapons, assault, and battery of an officer.
Also, see the "petition for warrant."

Known family, friends, and other associates *(name, relation, address, phone number)*:
The offender's mother, Jessie Riley, is also the victim in the pending charges.

FBI number:   620786PB7

Complete description of auto:   None

Investigative agency and address:   ATF
5757 Corporate Boulevard, Suite 300, Baton Rouge, Louisiana 70808

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Jessica Webb - 225-389-3656 or 225-571-4059 (cell)

Date of last contact with pretrial services or probation officer *(if applicable)*:   February 10, 2016